| | |
|---|---|
| 1 | LAW OFFICES OF M. R. BELTER |
| | Michael Belter Esq.  97417 |
| 2 | 16 North Marengo, Suite 619 |
| | Pasadena California  91101 |
| 3 | (626) 796-2599 |
| | (626) 796-1458 Fax |
| 4 | michaelbelter@yahoo.com |
| 5 | Attorney for Defendant |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR -06-00044-DDP |
| | ) | |
| Plaintiff, | ) | DEFENDANT MARK ALAN |
| | ) | ABRAMS' SENTENCING |
| vs. | ) | MEMORANDA |
| | ) | |
| MARK ALAN ABRAMS, | ) | August 23, 2010 |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

NOTICE IS HEREBY GIVEN that on August 23, 2010 at 1:30 p.m., or as soon thereafter as the matter may be heard, before Honorable Dean D. Pregerson, of the above entitled court, defendant, Mark Alan Abrams, requests the Court consider his position re: sentencing and impose a sentence not greater than fifty seven months. Said request is based on the following:

On April 28, 2006, Mark Alan Abrams pleaded guilty to Counts one through twelve of the twelve count Information. Count one charges a violation of 18 U.S.C. 371; Conspiracy to commit bank fraud during the period November 1999 through May, 2003; Counts two through ten charged violations of 18 U.S.C. 1344 (1); and 18 U.S.C. 2; bank fraud and aiding and abetting bank fraud; Count eleven charged a violation of 26 U.S.C. 7206 (a); 18 U.S.C. 2; false statements on tax return and aiding and abetting and Count twelve charged a violation of 18 U.S.C. 1503, 18 U.S.C. 2, obstruction of justice and aiding and abetting. The offense conduct subject of the prosecution is provided in the PSR, paragraphs 10 through 92.

After being charged, Mr. Abrams provided substantial cooperation to the United States Attorney in the prosecution of the co-defendants and eventually testified at the trial of Joseph Babajian, Kyle Grasso and Lila Rizek before this District Court. There were additional co-defendants prosecuted and convicted through guilty pleas, including Nicole LaViolette, Jamieson Matykowski, Timothy Holland, Richard Maize, Scott Robinson, Bill Thomas and Charles Fitzgerald. All co-defendants except Timothy Holland and Richard Maize have been sentenced.

Pursuant to the Plea Agreement, the parties agreed to a base offense level of 6 pursuant to U.S.S.G. 2 B1.1, a 22 level increase pursuant to U.S.S.G. 2B1.1(b)(1)(L). The PSR notes the application of an number of additional enhancements including a 2 level increase because the instant offense involved sophisticated means, pursuant to U.S.S.G. 2B1.1(b)(8) ( c ), a four level enhancement for aggravating role pursuant to 3 B1.1 and 3B1.2, a two level enhancement for obstruction. [See PSR paragraph 111], a two level enhancement where the defendant derived more than 100,000 in gross receipts form one or more financial institutions. The PSR also notes a three level reduction pursuant to U.S.S.G. 3E1.1 for acceptance of responsibility. The parties reserved the right to argue that additional specific characteristics, adjustments, and departures are appropriate. The PSR notes an adjusted offense level of 35 and a criminal history of I. The sentencing guideline range is 168-210 months. The recommended sentence is 168 months.

The parties anticipate that the United States Attorney will advise the Court as to Mr. Abrams' assistance in the prosecution of the instant case and any related cases. The government has yet to lodge a recommended downward departure pursuant to U.S.S.G. 5K1. Upon formal recommendation, the defendant reserves the opportunity to file additional sentencing memoranda, including supportive letters and recommendations. Given Mr. Abrams substantial cooperation, including his trial testimony, and his related cooperation in a state investigation and prosecution for fund raising corruption, the defendant respectfully requests a ten level downward adjustment for a adjusted offense level of 25.

1  Mr Abrams seeks a sentence not to exceed 57 months, based upon an adjusted
2  offense level of 25. In reaching an adjusted offense level of 25 Mr. Abrams seeks
3  downward departures based his cooperation, in the instant case and a state investigation
4  targeting political fund raising corruption. U.S.S.G 5K1.1.

6  CONCLUSION
7  Mr. Abrams requests the court consider the aforementioned and impose a sentence
8  not greater than 57 months.
9  Dated: July 30, 2010
10 */s/Michael R. Belter*
11 _____
12 Michael R. Belter, Esq.
   Attorney for Mark Alan Abrams