O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. [CV 11-07012 DDP] |
| | ) | CR 06-00044 DDP ✓ |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S MOTION** |
| v. | ) | **FOR EXPEDITED DISCOVERY** |
| | ) | |
| MARK ALAN ABRAMS, | ) | [CV Docket No. 9] |
| | ) | [CR Docket No. 88] |
| Defendant. | ) | |

Good cause shown, the court GRANTS Defendant Mark Alan Abrams' motion for expedited discovery. The government shall provide Defendant with a copy of the transcript of his sentencing hearing, by October 31, 2011. The government shall provide Defendant with a copy of transcripts of any conversations between the government and Defendant's previous attorney Michael Belter, within 10 days of government's receipt of the transcript.

IT IS SO ORDERED.

Dated: October 12, 2011

DEAN D. PREGERSON
United States District Judge